**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed April 15, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00149-CV

---

### IN RE NICKELS AND DIMES INC., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-54985**

---

## M E M O R A N D U M   O P I N I O N

Relator Nickels and Dimes Inc. (N&D) petitioned for a writ of mandamus contending the Honorable Elaine H. Palmer, presiding judge of the 412th District Court, abused her discretion in granting a motion to compel discovery of N&D's net worth. On April 8, 2021, N&D notified this court that it wishes to withdraw its petition for mandamus. N&D's notice states the controversy no longer exists, because the parties have entered into an agreement regarding the order at issue.

We construe N&D's notice as a motion to dismiss the petition as moot. So construed, we grant the motion and dismiss the petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.